AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:22-mj-00148 |
| v. | ) | Assigned To : Faruqui, Zia M. |
| | ) | Assign. Date : 6/28/2022 |
| JOSEPH TAMJONG | ) | Description: Complaint W/ Arrest Warrant |
| DOB: ▬ | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>December 2014 through about March 2022</u> in the county of _____ in the

_____ District of ___Columbia___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 1347 | Health Care Fraud |
| 18 U.S.C. § 1035 | Health Care False Statements |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Kathleen Graham, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___06/28/2022___

_____
*Judge's signature*

City and state: ___Washington, D.C.___

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*